UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

GULNARA ROTHWELL

DOCKET NO.

12-90-BAJ-SCR

**ORDER**

Pursuant to the foregoing motion it is hereby ordered that Criminal No. 12-90-BAJ-SCR be transferred to U.S. District Judge James J. Brady.

January, 23, 2013, at Baton Rouge, Louisiana.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT